1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
JAN 3 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-04 WHA |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR SUMMONS |
| v. | ) | |
| DANA W. STUBBLEFIELD, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Jeffrey D. Nedrow, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Dana W. Stubblefield, to appear on January 18, 2008 at 9:30 am before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 1/2/08

NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS