1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Telephone: (408) 535-5045
8  Facsimile:  (408) 535-5066
   Email: jeff.nedrow@usdoj.gov
9
   Attorneys For Plaintiffs
10

**FILED**
JAN 3 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )  No. CR 08-04 WHA
15          Plaintiff,                )
                                      )  SEALING APPLICATION AND
16      v.                            )  [PROPOSED] ORDER
                                      )
17  DANA W. STUBBLEFIELD,             )
18          Defendant.                )
                                      )
19                                    )
                                      )
20  _____ )

21      The United States requests that the above-referenced information, the penalty sheet

22  accompanying the information, the motion for summons, declaration in support of summons,

23  order for summons and summons itself, as well as this application and order, be sealed and not

24  made available to the public until further order of this Court or another federal court.

25      In support of this sealing application, the United States represents that the parties to the

26  above-referenced case have been in ongoing extensive pre-charge negotiations which appear

27  likely to result in a quick resolution to this case. These negotiations could be jeopardized by

28  premature release to the public of the details of the government's investigation of the defendant



1 | and the proposed charges and alleged offense conduct described in the information. It is
2 | anticipated that the information will be unsealed immediately upon the defendant's initial
3 | appearance in Court. It is further anticipated that the defendant will enter a guilty plea on the
4 | date of, or shortly after, the arraignment.
5 |     In sum, a sealing order is respectfully requested to preserve the confidentiality and
6 | integrity of the pre-indictment negotiations and in the interest of maximizing the possibility of a
7 | speedy resolution in the case.
8 | DATED:   1-2-08                                    Respectfully submitted,
9 |
10 |                                                   SCOTT N. SCHOOLS
                                                      United States Attorney
11 |
12 |                                                   JEFFREY D. NEDROW
                                                      Assistant United States Attorney