FILED

JAN 3 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-04 MHP |
| Plaintiff, | |
| v. | [PROPOSED] SEALING ORDER |
| DANA W. STUBBLEFIELD, |  |
| Defendant. | |

Upon application of the United States and good cause appearing, IT IS HEREBY ORDERED that the above-referenced information, the penalty sheet accompanying the information, the motion for summons, declaration in support of motion for summons, order for summons, and the summons issued pursuant to the information, as well as this application and order, be sealed and not made available to the public until further order of this Court or another federal court.

IT IS SO ORDERED.

DATED: 1/2/08

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE