1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

3  MATTHEW A. PARRELLA (NYSBN 2040855)
4  JEFFREY D. NEDROW (CASBN 161299)
   JEFFREY R. FINIGAN (CASBN 168285)
5  Assistant United States Attorneys

6  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
7  Telephone: (408) 535-5045
   Facsimile: (408) 535-5066
8  Email: jeff.nedrow@usdoj.gov

9  Attorneys for Plaintiff

**FILED**
JAN 3 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-04 WHA |
| Plaintiff, | |
| v. | MOTION FOR SUMMONS |
| DANA W. STUBBLEFIELD, | |
| Defendant. | |

Based on the facts set forth in the Declaration of Jeffrey D. Nedrow in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Dana W. Stubblefield. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 1-2-08

JEFFREY D. NEDROW
Assistant United States Attorney

MOTION FOR SUMMONS