# United States District Court

Northern ──────── DISTRICT OF ──────── California

UNITED STATES OF AMERICA
V.

Dana W. Stubblefield
c/o Mike Armstrong
600 University Ave
Palo Alto CA 94301
(Name and address of defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR08-4 WHA



FILED
JAN - 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court<br>450 Golden Gate Ave.<br>San Francisco CA 94102 | courtroom E 15th flr |
| | Date and Time |
| Before: Elizabeth Laporte, U.S. Magistrate Judge | Jan. 18, 2008 9:30am |

To answer a(n)

☐ Indictment    ☒ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

18:1001(a)(2) False statement to government agency

If you have an attorney, report to Room No. 6894, 20th floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, prior to going to Court.

If you do not have an attorney, report to the Federal Public Defender's Office, Room No. 6884, 19th floor, forty-five minutes prior to the hearing on the date of your court appearance. Before leaving the courthouse, you must also report to Room No. 6894 on the 20th floor.

_____
Signature of Issuing Officer

Jan. 4, 2008
Date

Deputy Clerk
Name and Title of Issuing Officer

## RETURN OF SERVICE

Service was made by me on:[1]    Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendent at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  01/08/08
             Date

FEDERICO ROCHA
Name of United States Marshal

KELLY McGOWEN
(by) Deputy United States Marshal

Remarks: SERVED ON 01/07/08 BY FAX TO DEFENDANTS ATTORNEY MIKE ARMSTRONG. PLEASE SEE ATTACHED!

(1) As to who may serve a suummons see Rule 4 of the Federal Rules of Criminal Procedure.