

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

150 Almaden Boulevard, Suite 900    DD: (408) 535-5061
San Jose, California 95113    FAX: (408) 535-5066

January 10, 2008

FILED

JAN 10 2008

The Hon. Susan Illston
United States District Judge
19th Floor, United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    RE: <u>United States v. Dana Stubblefield</u>
        CR 08-0004-SI

Dear Judge Illston:

    The government respectfully requests that this sealed matter be placed on your January 18, 2008, calendar at 11:00 a.m. for initial appearance and change of plea. Mr. Stubblefield will be arraigned at 9:30 a.m. on that date before the Hon. Elizabeth D. Laporte, U.S. Magistrate Judge.

                Respectfully submitted,

                JOSEPH P. RUSSONIELLO
                United States Attorney

                MATTHEW A. PARRELLA
                JEFFREY D. NEDROW
                JEFFREY R. FINIGAN
                Assistant United States Attorneys

cc: Michael Armstrong, Esq.