AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.

Dana Stubblefield

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-0004 SI

I, __Dana Stubblefield__, the above named defendant, who is accused of

**FILED**
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 18, 2008__ / Date prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge