UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1~ 2008

Case Number: **CR08-0004** SI

Defendant's Name: **Dana Stubblefield**

Defense Counsel: **M. Armstrong**

Due Date: **4/25/08 @ 11:00 AM**

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE** today to make the necessary arrangements.

---

For use of Courtroom Deputies
Is defendant in custody? **No**
Is defendant English speaking? **Yes**
What is defendant's address? _____

Richard W. Wieking
Clerk

by: _**Button**_
T. Sutton, Deputy Clerk

cc: U.S. Probation Office