**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 1/18/08

Case No.   CR-08-0004 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- DANA STUBBLEFIELD (NC)(P)

Attorneys:   Parella, Nedro            Armstrong

Deputy Clerk: Tracy Sutton   Court Reporter: Belle Ball

**PROCEEDINGS**

1)  Change of Plea - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                        PART

Case continued to **4/25/08 @ 11:00 A.M.  @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
**Delay begins:          Delay ends:**
(                   )

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.  The defendant plead guilty to a single count information.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )