UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

✗  UNDER SEAL                    RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR04-44 SI U.S.A. v. Victor Conte Jr. et al.**
**CR08-4 WHA U.S.A. v. Dana Stubblefield**

FILED

JAN 1 4 2008



**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]   ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[✗]   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials SI immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 1/14/08

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED:                                By:
                                      Deputy Clerk

Copies to: Courtroom Deputies
           Case Systems Administrators
           Counsel of Record
Entered into Assignment Program:
                    (date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

ANDERSON et al,

        Defendant.

Case Number: CR04-00044 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Tony Serra
Attorney at Law
506 Broadway
San Francisco, CA 94133

Jeffrey David Nedrow
United States Attorney's Office
NDCA, San Jose Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Jeffrey R. Finigan
U.S. Attorney's Office
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Edward W. Swanson
Swanson, McNamara & Haller LLP
300 Montgomery St., Suite 1100
San Francisco, CA 94104

Mary Geraldine McNamara
Swanson & McNamara LLP
300 Montgomery St.
Suite 1100
San Francisco, CA 94104

Alan A. Dressler
Alan A. Dressler
633 Battery St., Ste 635
San Francisco, CA 94111

George G. Walker
George G. Walker
633 Battery St. #635
San Francisco, CA 94111

Ann Carole Moorman
Law Offices of Ann C. Moorman
308 South School Street
Ukiah, CA 95482

Dated: January 17, 2008

                                  Richard W. Wieking, Clerk
                                  By: Tracy Sutton, Deputy Clerk

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

v.

STUBBLEFIELD,

        Defendant.

Case Number: CR-08-004

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Michael Armstrong**
Attorney at Law
600 University Ave.,
Palo Alto, CA 94301

**Jeffrey David Nedrow**
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Jeffrey Finigan
AUSA
450 Golden Gate Ave.,
San Francisco, CA 94102

January 17, 2008

Richard W. Wieking, Clerk
By: