**NC Sports**

NC Sports, LLC
One Chagrin Highlands
2000 Auburn Drive, Suite 315
Beachwood, Ohio 44122
216-514-9999 P
216-514-8500 F

Sidney M. Cornrich
Neil M. Cornrich
Jonathan R. Hurst

Email: ncsports@ncsports.us
Website: www.ncsports.us

February 14, 2008

Cr 08-0004 SI

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, California 94102

**RECEIVED**

FEB 2 1 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

**RE:   Dana Stubblefield**

Dear Judge Illston:

    I have known Dana Stubblefield on a personal level since at least 1991 and have represented him professionally since 1993. Though we initially met when Dana was just an undergraduate at The University of Kansas, we remain friends over seventeen years later. Without exaggeration, Dana is one of the nicest people I have had the privilege to know during the course of my more than twenty year career in the NFL industry.

    During Dana's professional career, I was continually impressed with his kindness and generosity. Dana was always willing to give back to his fans and the community, and I often witnessed him signing autographs for children and adults alike. Early in his career, "Stubblefield of Dreams" was created to benefit the Santa Clara Special Olympics, and Dana personally pledged $200 for every tackle and sack that he recorded, which resulted in thousands of dollars being donated to the Special Olympics. Even today, Dana continues to be a positive influence in kids' lives, as he is currently an assistant coach for the Valley Christian High School football team in San Jose, California.

Throughout Dana's career and thereafter, I also had the good fortune to spend time with Dana and his family off the field. What I observed was a young man who remained a dedicated and loving father regardless of the excessive demands on his time as a professional athlete. Dana's children, Kayla and Kendall, have always meant the world to him, and I have seen first-hand the remarkable influence Dana has had on their lives growing up.

If you have any questions or would like more information concerning my personal or professional relationship with Dana Stubblefield, I would be more than happy to respond in greater detail. Please feel free to contact me at the address, telephone number, or email address listed above. Thank you very much.

Sincerely,

NEIL M. CORNRICH

NMC/jh