JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN168285)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Fax: (415) 436-7234
Email: matthew.parrella@usdoj.gov
jeff.nedrow@usdoj.gov
jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA STUBBLEFIELD,<br><br>Defendant. | CR No.: CR 08-0004-SI<br><br>STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SENTENCING HEARING |

The United States, through its counsel Jeffrey Nedrow, and defendant Dana Stubblefield, through his counsel Michael Armstrong, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Friday, April 25, 2008 to Friday, July 18, 2008 at 11:00 a.m.

The parties agree that the following reasons exist for this continuance:

Dana Stubblefield has provided information to the United States which may be useful to the government in evaluating its sentencing recommendation in this case. The government needs additional time to assess the value of this information. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. Accordingly,

a continuance is requested. The probation officer has been notified of this proposed continuance.

Respectfully submitted,

April 22, 2008

_______________/s/____________________
MICHAEL ARMSTRONG
Counsel for Dana Stubblefield

April 22, 2008

_______________/s/____________________
JEFFREY D. NEDROW
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANA STUBBLEFIELD,<br>Defendant. | CR No.: CR 08-0004-SI<br><br>ORDER CONTINUING SENTENCING HEARING |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from April 25, 2008 to July 18, 2008 at 11:00 a.m.

DATED:

SUSAN ILLSTON
United States District Judge