JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN168285)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Fax: (415) 436-7234
    Email: matthew.parrella@usdoj.gov
           jeff.nedrow@usdoj.gov
           jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | CR No.: CR 08-0004-SI |
|     v. ) | STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| DANA STUBBLEFIELD, ) | |
|         Defendant. ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Dana Stubblefield, through his counsel Michael Armstrong, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Friday, July 18, 2008 to Friday, October 24, 2008 at 11:00 a.m.

    The parties agree that the following reasons exist for this continuance:

    Dana Stubblefield has provided information to the United States which may be useful to the government in evaluating its sentencing recommendation in this case. The government needs additional time to assess the value of this information. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. Accordingly,

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                              1

1 | a continuance is requested.  The probation officer has been notified of this proposed continuance.
2 |
3 |                               Respectfully submitted,
4 |
5 | July 11, 2008                      _____/s/_____
                                       MICHAEL ARMSTRONG
6 |                                    Counsel for Dana Stubblefield
7 |
8 | July 11, 2008
                                       _____/s/_____
9 |                                    JEFFREY D. NEDROW
                                       Assistant United States Attorney
10 |

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                                    2

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,           )
                                         )
11              Plaintiff,                )   CR No.: CR 08-0004-SI
                                         )
12       v.                              )
                                         )   ORDER CONTINUING
13   DANA STUBBLEFIELD,                  )   <u>SENTENCING HEARING</u>
                                         )
14                                       )
                                         )
15              Defendant.                )
     _____)
16

17        Based on the stipulation of the parties and the facts set forth in the stipulation between the
18   parties, and good cause appearing,
19        IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from
20   July 18, 2008 to October 24, 2008 at 11:00 a.m.
21
22
23   DATED:                              _____
                                         SUSAN ILLSTON
24                                       United States District Judge
25
26
27
28
     STIPULATION RE: CONTINUANCE
     CR 08-0004-SI                              3