1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN168285)
   Assistant United States Attorneys
6
      450 Golden Gate Avenue
7     San Francisco, California 94102
      Telephone: (415) 436-7232
8     Fax: (415) 436-7234
      Email: matthew.parrella@usdoj.gov
9            jeff.nedrow@usdoj.gov
             jeffrey.finigan@usdoj.gov
10
   Attorneys for Plaintiff
11
                          IN THE UNITED STATES DISTRICT COURT
12
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,            )
14                                      )
           Plaintiff,                   )   CR No.: CR 08-0004-SI
15                                      )
       v.                               )   STIPULATION AND PROPOSED
16                                      )   ORDER FOR CONTINUANCE OF
   DANA STUBBLEFIELD,                   )   SENTENCING HEARING
17                                      )
                                        )
18                                      )
           Defendant.                   )
19  _____)

20         The United States, through its counsel Jeffrey Nedrow, and defendant Dana Stubblefield,

21  through his counsel Michael Armstrong, hereby agree and stipulate to a continuance of the

22  sentencing hearing in this case scheduled for Friday, July 18, 2008 to Friday, October 24, 2008 at

23  11:00 a.m.

24         The parties agree that the following reasons exist for this continuance:

25         Dana Stubblefield has provided information to the United States which may be useful to

26  the government in evaluating its sentencing recommendation in this case. The government needs

27  additional time to assess the value of this information. Both parties have an interest in a careful

28  review of this information in light of its potential impact on the sentencing hearing. Accordingly,

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                                    1

1  a continuance is requested.  The probation officer has been notified of this proposed continuance.
2
3                               Respectfully submitted,
4
5  July 11, 2008                _____/s/_____
                                MICHAEL ARMSTRONG
6                               Counsel for Dana Stubblefield
7
8  July 11, 2008
                                _____/s/_____
9                               JEFFREY D. NEDROW
                                Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                                   2

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )
11           Plaintiff,                )   CR No.: CR 08-0004-SI
                                       )
12       v.                            )
                                       )   ORDER CONTINUING
13  DANA STUBBLEFIELD,                 )   <u>SENTENCING HEARING</u>
                                       )
14                                     )
                                       )
15           Defendant.                )
16  _____)

17       Based on the stipulation of the parties and the facts set forth in the stipulation between the
18  parties, and good cause appearing,
19       IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from
20  July 18, 2008 to October 24, 2008 at 11:00 a.m.
21                     31
22
23  DATED:                              _____
                                        SUSAN ILLSTON
24                                      United States District Judge
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                             3