1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN168285)
   Assistant United States Attorneys
6
      450 Golden Gate Avenue
7     San Francisco, California 94102
      Telephone: (415) 436-7232
8     Fax: (415) 436-7234
      Email: matthew.parrella@usdoj.gov
9            jeff.nedrow@usdoj.gov
             jeffrey.finigan@usdoj.gov
10
   Attorneys for Plaintiff
11
                 IN THE UNITED STATES DISTRICT COURT
12
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,              )
14                                        )
                 Plaintiff,               )   CR No.: CR 08-0004-SI
15                                        )
          v.                              )   STIPULATION AND PROPOSED
16                                        )   ORDER FOR CONTINUANCE OF
   DANA STUBBLEFIELD,                     )   SENTENCING HEARING
17                                        )
                                          )
18                                        )
                 Defendant.               )
19 _____ )

20        The United States, through its counsel Jeffrey Nedrow, and defendant Dana Stubblefield,

21 through his counsel Michael Armstrong, hereby agree and stipulate to a continuance of the

22 sentencing hearing in this case scheduled for Friday, October 31, 2008 to Friday, December 12,

23 2008 at 11:00 a.m.

24        The parties agree that the following reasons exist for this continuance:

25        (1) Dana Stubblefield has provided information to the United States which may be useful

26 to the government in evaluating its sentencing recommendation in this case.  The government

27 needs additional time to assess the value of this information.  Both parties have an interest in a

28 careful review of this information in light of its potential impact on the sentencing hearing.

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                        1

1        (2) The Probation Officer assigned to this matter is unavailable to attend the sentencing

2    hearing on October 31, 2008.

3        Accordingly, a continuance is requested.  The probation officer has been notified of this

4    proposed continuance.

5

6                                  Respectfully submitted,

7

8    _____, 2008

9                                   MICHAEL ARMSTRONG
                                    Counsel for Dana Stubblefield

10

11   _____, 2008

12                                  JEFFREY D. NEDROW
                                    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                    2

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              )
                                            )
11              Plaintiff,                  )        CR No.: CR 08-0004-SI
                                            )
12         v.                               )
                                            )        ORDER CONTINUING
13   DANA STUBBLEFIELD,                     )        SENTENCING HEARING
                                            )
14                                          )
                                            )
15              Defendant.                  )
     ───────────────────────────────────   )
16

17         Based on the stipulation of the parties and the facts set forth in the stipulation between the

18   parties, and good cause appearing,

19         IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from

20   October 31, 2008 to December 12, 2008 at 11:00 a.m.

21
22
23   DATED:                        _____
                                   SUSAN ILLSTON
24                                 United States District Judge
25
26
27
28

     STIPULATION RE: CONTINUANCE
     CR 08-0004-SI                      3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                                          4