JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Fax: (415) 436-7234
   Email: matthew.parrella@usdoj.gov
       jeff.nedrow@usdoj.gov
       jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR No.: CR 08-0004-SI |
| v. | ) | STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| DANA STUBBLEFIELD, | ) | |
| Defendant. | ) | |

     The United States, through its counsel Jeffrey Nedrow, and defendant Dana Stubblefield, through his counsel Michael Armstrong, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Friday, December 12, 2008 at 11:00 a.m. to Friday, February 6, 2009 at 11:00 a.m.

     The parties agree that the following reasons exist for this continuance:

     (1) Dana Stubblefield has provided information to the United States which may be useful to the government in evaluating its sentencing recommendation in this case. The government needs additional time to assess the value of this information. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing.

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                             1

(2) The lead government counsel assigned to this matter is unavailable to attend the sentencing hearing on December 12, 2008.

Accordingly, a continuance is requested. The probation officer has been notified of this proposed continuance.

Respectfully submitted,

December 5, 2008          _____/s/_____
                          MICHAEL ARMSTRONG
                          Counsel for Dana Stubblefield

December 5, 2008          _____/s/_____
                          JEFFREY D. NEDROW
                          Assistant United States Attorney

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                              2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No.: CR 08-0004-SI |
| ) | |
| v. ) | |
| ) | ORDER CONTINUING |
| DANA STUBBLEFIELD, ) | <u>SENTENCING HEARING</u> |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from December 12, 2008 to February 6, 2009 at 11:00 a.m.

DATED: _____

SUSAN ILLSTON
United States District Judge

STIPULATION RE: CONTINUANCE
CR 08-0004-SI                             3