# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Dana Stubblefield | Docket No.: | CR 08-00004-001 SI |

Name of Sentencing Judge:   The Honorable Susan Illston
United States District Judge

Date of Original Sentence:   February 6, 2009

Original Offense:
Count One: False Statement to a Government Agency, 18 U.S.C. § 1001(a)(2), a Class D felony

Original Sentence: Two (2) years probation
Special Conditions: Special assessment $100.00; restitution $5,000.00; mental health treatment

Type of Supervision: Probation                  Date Supervision Commenced: February 6, 2009
Assistant U.S. Attorney: Jeff Nedrow           Defense Counsel: Mike Armstrong (Retained)

### Petitioning the Court to Take Judicial Notice

### Cause

On or about March 6, 2009, the offender was contacted by the San Jose Police Department after receiving a call from the offender's fiancé. According to the report, she informed that the offender was yelling at her while at her mother's residence in South San Jose, CA. Prior to the police contact, the offender met with his fiancé at his bank in which he wrote a check in the amount of $3,200. She cashed the check the same day with the offender present. The offender states when leaving the parking area, he was trying to engage her in a conversation, however she ignored him and walked across the street to her mother's residence. The offender states he followed her to her mother's at which time she had contacted the police. The police spoke with both parties and instructed the offender to leave. No arrest or incident report was filed. The offender contacted the probation office on March 6, 2009, and again on March 11, 2009, to discuss the matter.

During July 2009, the offender and his fiancé ended their relationship after an argument which involved two other people who are friends with his fiancé. According to the offender, shortly after they terminated their relationship, he received a call on July 28, 2009, from the male friend of his ex-fiancé threatening him, his ex-fiancé, and her female friend. The offender states that he drove over to his girlfriend's apartment to tell her that the male caller might cause harm to her and her

NDC-SUPV-FORM 12A 06/23/08

Dana Stubblefield  Page 2
CR 08-00004-001 SI

female friend. The ex-fiancé was not home. The offender instead had the conversation with her mother. His ex-fiancé contacted the San Jose Police Department and filed a complaint. According to the Police report, the officer did not contact the offender as they believed his ex-fiancé was going to seek a restraining order for her protection shortly. Evidence of this incident may be obtained in the San Jose Police report number 09-209-1032. On August, 26, 2009, a temporary restraining order and notice of hearing was filed with the Santa Clara County Superior Family Court, in reference to case number 109 DV012978. The restraining order was filed based on the incident on July 28, 2009, and two incidents which occurred in June 2008, and September 2008, prior to his commencement of probation.

On October 17, 2009, the offender's attorney was contacted by his ex-fiance's attorney stating that they would like to settle the matter outside court. On October 20, 2009, the offender received a telephone call at his employment by a reporter with a local news station wanting a comment about the restraining order. The offender declined to comment and referred him to his attorney. On October 21, 2009, the offender notified me during a home visit of the phone call received from the media probing for answers. On October 22, 2009, I spoke with the offender's attorney and was informed that he will not be filing a response to the restraining order as they want to keep the offender's private matters out of the media. The next court appearance is set for November 4, 2009.

### Action Taken and Reason

As of this writing, the offender has been compliant with the terms of his probation. Since the start of his supervision, he has had a difficult time with personal issues with his now ex-fiancé, as well as on going medical issues. To his credit, he has maintained a stable residence and part-time employment. The offender has been re-instructed on his conditions of probation on March 3, 2009, and again on July 29, 2009, after the events listed above. I have instructed the offender to stay away from his ex-fiancé as well as her friends and family. He has changed all locks to his residence, changed his cellular phone number, and has forwarded her mail back to the post office. The offender appears amenable to supervision and is aware that any future violation of this nature will result in court action. Therefore, the probation office recommends no action is taken at this time, and are requesting the Court take judicial notice.

The Assistant U.S. Attorney Jeff Nedrow has been notified and there are no objections.

Dana Stubblefield
CR 08-00004-001 SI

Respectfully submitted,                                   Reviewed by:

*Esmerelda Gupton* (signature)                            *Will for SP* (signature)

Esmerelda Gupton                                          Susan Portillo
U.S. Probation Officer Specialist                         Supervisory U.S. Probation Officer

Date Signed:  October 23, 2009

---

THE COURT ORDERS:
- ☒ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

10/23/09
Date

Susan Illston
United States District Judge