5 MINUTES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: 12/9/10

Case No.    CR-08-0004 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- DANA STUBBLEFIELD (NC)(P)

Attorneys:   Nedrow, Parrella              M. Armstrong
USPO: GUPTON

Deputy Clerk: Tracy Forakis  Court Reporter: M. Gurule

### PROCEEDINGS

1)   Supervised Release Violation - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                         PART

Case continued to   @ **11:00 a.m.**   for

Case continued to   @ **11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(              )

ORDERED AFTER HEARING:
The defendant admitted to the single charge in the probation form 12.
Supervision Revoked
Custo 90 days (to surrender on 1/3/11 to USM in San Jose)
No Supervision to follow release.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )