# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANA W. STUBBLEFIELD | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00004-001 SI<br>BOP Case Number: DCAN308CR000004-001<br>USM Number: 10842-111<br>Defendant's Attorney : Mike Armstrong |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>that he not commit another federal, state or local crime</u> during the term of supervision.

[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Committed another Federal, State or Local Crime | 7/09 & 2/10 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 0706 | December 9, 2010<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 1970 | |
| Defendant's USM No.: 10842-111 | *[signature]*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>305 Briggs Court<br>San Jose, CA 95138 | Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address: | 12/10/10<br>Date |

DEFENDANT:       DANA W. STUBBLEFIELD                                Judgment - Page 2 of 2
CASE NUMBER:  CR-08-00004-001 SI

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 90 days.

NO TERM OF SUPERVISION TO FOLLOW RELEASE FROM CUSTODY.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[x]   The defendant shall surrender to the United States Marshal for this district (San Jose Division).

   [x] at 2:00 p.m. on 1/3/11.
   [] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

                                                       _____
                                                       UNITED STATES MARSHAL

                                              By       _____
                                                       Deputy United States Marshal